UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CALVIN GREENE,

Plaintiff,

v.

SUPER CENTER CONCEPTS INC. et al.,

Defendants.

Case No. 2:26-cv-10053-SB-AS

ORDER OF DISMISSAL

On September 24, 2026, the Court dismissed the complaint but granted Plaintiff an opportunity to file a first amended complaint (FAC) by October 21. The Court cautioned Plaintiff that failure to timely file an FAC "will be construed as an election to stand on the original complaint and will result in dismissal of the federal claim without further leave to amend and the state-law claims without prejudice." Dkt. Nos. 8; *see also* Dkt. No. 6 (Report and Recommendation). Plaintiff has failed to file an FAC. Accordingly, the Court finds that Plaintiff consents to dismissal, that Plaintiff has failed to state a claim for violation of federal law (and the Court declines supplemental jurisdiction over his state-law claims), and that dismissal is otherwise warranted under the relevant dismissal factors. *Ferdik v. Bonzelet*, 963 F.2d 1258, 1260–61 (9th Cir. 1992); Fed. R. Civ. P. 41(b). Plaintiff's federal claim is dismissed with prejudice, and his state-law claims are dismissed without prejudice. A final judgment will be issued separately.

Date: November 3, 2026

Stanley Blumenfeld, Jr.
United States District Judge