JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CALVIN GREENE,

Plaintiff,

v.

SUPER CENTER CONCEPTS INC. et al.,

Defendants.

Case No. 2:26-cv-10053-SB-AS

FINAL JUDGMENT

For the reasons stated in the separate order of dismissal entered this date, it is ordered that Plaintiff Calvin Greene's federal claim is dismissed with prejudice and his state-law claims are dismissed without prejudice.

This is a final judgment.

Date: November 3, 2026

Stanley Blumenfeld, Jr.
United States District Judge